UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

IN RE:

Breanna Marie Reeves,

    Debtor,

Larry Carpenter             Case No:  18-71836-SCS

    Petitioner,             Chapter 7

v.

Breanna Marie Reeves,

    Respondent.

## **CONSENT ORDER GRANTING RELIEF FROM STAY**

**CAME** the parties on this day, and it appearing that the parties are in agreement and it appearing proper after due notice and for good cause shown it is:

**ADJUDGED and ORDERED** that the automatic stay provided for by 11 U.S.C. §362 be and hereby is modified to permit the petitioner to take all actions necessary to proceed to liquidate his claim against the debtor relating to injuries sustained by the petitioner, and is solely limited to proceeding against the policy of insurance provided by GEICO General Insurance Company, the carrier for collection of same, and that the debtor will have no personal financial responsibility beyond the limits of insurance coverage.

Date: Jun 13 2018             /s/ Frank J. Santoro

                                                  U. S. Bankruptcy Judge

                                            Entered on
Docket: Jun 13 2018      I ASK FOR THIS:

/s/ Lowell A. Stanley
Lowell A. Stanley, Esq.
The Lowell Stanley Firm
6330 Newtown Road, Suite 324
P.O. Box 12639
Norfolk, Virginia 23541-0639
(757) 461-5555 telephone

Virginia State Bar No. 18323
Counsel for Larry Carpenter
Seen:


/s/ Barry W. Spear
Barry W. Spear, Esq.
Boleman Law Offices
Convergence Center III
272 Bendix Road, Suite 330
Virginia Beach, VA 23452
(757) 313-3000 telephone
Virginia State Bar No. 39152
Counsel for Breanna Marie Reeves



/s/ Clara P. Swanson
Clara P. Swanson, Esq.
708 Thimble Shoals Boulevard, Suite 1
Newport News, VA 23606
(757) 873-0470 telephone
Trustee


Local Rule 9022-(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).


/s/ Lowell A. Stanley, Esq.
Lowell A. Stanley, Esq.

**PARTIES TO RECEIVE COPIES**

Lowell A. Stanley, Esq.
The Lowell Stanley Firm
6330 Newtown Road, Suite 324
P.O. Box 12639
Norfolk, Virginia 23541-0639

Barry W. Spear, Esq.
Boleman Law Offices
Convergence Center III
272 Bendix Road, Suite 330
Virginia Beach, VA 23452

Clara P. Swanson, Esq.
708 Thimble Shoals Boulevard, Suite 1
Newport News, VA 23606
(757) 873-0470 telephone
Trustee